UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TELEDYNE INSTRUMENTS, INC.,

    Plaintiff,

v.                                  Case No.  6:12-cv-854-Orl-28TBS

JAMES L. CAIRNS, ABYSSAL SYSTEMS, INC.,

    Defendants.

## ORDER

Pending before the Court is the parties' Joint Motion for Extension of Due Dates for Expert Disclosures (Doc. 61).  Upon due consideration, the motion is GRANTED.  The new deadline for the disclosure of expert reports by Plaintiffs is June 27, 2013, and the new deadline for the disclosure of expert reports by Defendants is July 26, 2013.  This Order does not affect any other case deadline and may not be cited as grounds to extend any case deadline.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on April 23, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel