IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| TELEDYNE INSTRUMENTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES L. CAIRNS and <br> ABYSSAL SYSTEMS, INC., <br><br> Defendants. | Case No.: 6:12-cv-00854-JA-TBS |

**Exhibit 3**

# LAW OFFICES
# LEYDIG, VOIT & MAYER, LTD.
### A PROFESSIONAL CORPORATION

TWO PRUDENTIAL PLAZA, SUITE 4900

CHICAGO, ILLINOIS 60601-6731

(312) 616-5600

FACSIMILE: (312) 616-5700

WWW.LEYDIG.COM

JAMES B. MUSKAL
DENNIS R. SCHLEMMER
JOHN W. KOZAK
H. MICHAEL HARTMANN
BRUCE M. GAGALA
CHARLES H. MOTTIER
JOHN KILYK, JR.
ROBERT F. GREEN
JOHN B. CONKLIN
MARK J. LISS
JOHN M. BELZ*‡
BRETT A. HESTERBERG
PAUL J. KORNICZKY
PAMELA J. RUSCHAU
STEVEN P. PETERSEN
JOHN M. AUGUSTYN
CHRISTOPHER T. GRIFFITH
WESLEY O. MUELLER
JEREMY M. JAY*‡
LYNN A. SULLIVAN
JEFFREY B. BURGAN
ELEY O. THOMPSON
MARK JOY
DAVID M. AIRAN
XAVIER PILLAI
GREGORY C. BAYS
STEVEN H. SKLAR
TAMARA A. MILLER
M. DANIEL HEFNER
SALIM A. HASAN
KENNETH P. SPINA
ANNE E. NAFFZIGER*
CLAUDIA W. STANGLE
PAUL J. FILBIN
JOHN L. GASE*
ROBERT T. WITTMANN
KEVIN C. PARKS
CAROLINE L. STEVENS*
J. KARL GROSS
AARON R. FEIGELSON
L. SCOTT BEALL

ERIK R. SWANSON*‡
THOMAS P. CANTY*‡
GERALD T. GRAY*‡
CHARLES S. COHEN
JOHN E. ROSENQUIST
ROBERT V. JAMBOR*
PETER H. DOMER
CARYN C. BORG-BREEN
JAMAICA P. SZELIGA*‡
STEPHANIE M. LAWLEY*‡
JOHN P. SNOW
ASHLEE B. SZELAG
JOHN K. WINN
JEFFREY N. TURNER
MARCOS P. RIVAS
ANGELA J. BAYLIN
KEVIN C. KEENAN
MICHELLE L. ZIMMERMANN
ELIAS P. SOUPOS
EMER L. SIMIC
CHRISTOPHER K. LEACH
JONATHAN M. SPENNER
DAVID R. VAN BUSKIRK
JESSICA M. TYRUS
KATE M. LESCIOTTO
JONATHAN B. THIELBAR
MARC R. WEZOWSKI
NIMITA L. PAREKH
LEONARD Z. HUA
JAMES C. SIGNOR*‡
ELIZABETH M. CROMPTON*‡
CHRISTOPHER A. HARKINS
MICHAEL J. BRANDT
ROSHAN P. SHRESTHA
RICHARD M. BEMBEN*‡
ARTHUR J. BOBEL*‡
ANN K. KOTZE
BRENT A. CHATHAM
GREGORY R. WEBER
DEREK A. LIGHTNER*‡

WASHINGTON OFFICE
700 THIRTEENTH STREET, N.W., SUITE 300
WASHINGTON, D.C. 20005-3960
(202) 737-6770
FACSIMILE: (202) 737-6776

ROCKFORD OFFICE
6815 WEAVER ROAD, SUITE 300
ROCKFORD, ILLINOIS 61114-8018
(815) 963-7661
FACSIMILE: (815) 963-7664

SAN FRANCISCO BAY AREA OFFICE
LEYDIG, VOIT & MAYER, LLP
THE ATRIUM BUILDING
1981 NORTH BROADWAY, SUITE 310
WALNUT CREEK, CALIFORNIA 94596-5083
(925) 482-0100
FACSIMILE: (925) 482-0110

FRANKFURT AM MAIN OFFICE
LEYDIG, VOIT & MAYER, GMBH
LIEBIGSTRASSE 51
60323 FRANKFURT AM MAIN, GERMANY
+49 (0)69 713 7798-0
FACSIMILE: +49 (0)69 713 7798-29

OF COUNSEL
GORDON R. COONS          JEFFREY A. WYAND*‡
JAMES D. ZALEWA

TECHNICAL ADVISORS
KRISTEN J. HARRELL       REBECCA S. DISE
MELISSA E. KOLOM         ALAN J. HICKMAN
RACHEL J. MEJDRICH       TIMOTHY R. CARLSON
DEREK W. BARNETT         COLIN WRIGHT
KATHLEEN M. HELM-BYCHOWSKI  ANDREA E. SCHOEN
FRANCIS J. KOSZYK        WEIDAN FAN

ALL RESIDENT IN CHICAGO OFFICE EXCEPT AS NOTED WITH ASTERISK
ALL ATTORNEYS ARE LICENSED IN ILLINOIS EXCEPT AS NOTED WITH ‡

April 19, 2013

*Via Email*

Walter P. DeForest, Esq.
DeForest Koscelnik Yokitis Skinner & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

Re: **Teledyne Instruments v. Cairns and Abyssal Systems**
**Case No. 6:12-CV-854-JA-TBS**

Dear Walter:

We have now had an opportunity to review Teledyne's responses to defendants' first set of interrogatories. While there are a number of deficiencies that we will address in due course, I wanted to direct your attention to one that is particularly egregious given the nature of the charges Teledyne has leveled against defendants.

In Interrogatories Nos. 1 and 2, defendants requested Teledyne to identify alleged confidential information and trade secrets relating to the subject matter in this case, of course, subsea connect devices. Teledyne responded that they included "previously unpublished information and ideas reflected in [certain patent applications], and the unpublished work performed by Dr. Cairns for Plaintiff."

We do not consider these statements to be responsive to the interrogatory. It is incumbent upon Teledyne, as a plaintiff which claims the misappropriation of confidential information and/or trade secrets, to identify specifically all information in its possession that it considers to be "confidential information" or "trade secrets." (Again, limited to the subject matter of this case, of course, undersea connect devices.) Please note that the interrogatory is not limited to information in Dr. Cairns' possession.

      Lest there be any doubt, this is not the only deficiency in Teledyne's interrogatory responses, only perhaps the most glaring and urgent. We need to resolve this issue promptly. We are available next Tuesday, April 23, 2013 at 10:00 (Central) to meet and confer on the subject.

                                        Very truly yours,

                                        LEYDIG, VOIT & MAYER, LTD.

                                        By:      _____
                                                        Wesley O. Mueller

WOM/dpp

Cc:    F. Bradley Hassell, Esq.
        H. Michael Hartmann, Esq.
        Robert Alfert, Jr., Esq.