UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TELEDYNE INSTRUMENTS, INC.,

    Plaintiff,

v.                                                 Case No.  6:12-cv-854-Orl-28TBS

JAMES L. CAIRNS, ABYSSAL SYSTEMS,
INC., KATHRYN F. KRAUSE, and THE
STILLWATER TRUST,

    Defendants.
_____/

## ORDER

This case comes before the Court on the Defendants' Unopposed Motion to Seal Pursuant to the Court's April 24, 2013 Protective Order and Local Rule 1.09. The motion is due to be DENIED without prejudice.

On April 24, 2013, the Court entered a Protective Order which provides inter alia:

> All Discovery Materials and any legal memoranda, motion papers or other written materials or things submitted to the Court which are designated as or contain or quote or refer to CONFIDENTIAL INFORMATION shall be submitted to the Court along with a motion, the title of whcih includes the words "Motion to Seal Pursuant to [Statute, Rule or Order]" and which includes (I) a citation to the statute, rule or order authorizing the seal, including but not limited to this Order; (ii) an identification and description of each item submitted for sealing; (iii) a statement of the proposed duration of the seal; and (iv) a statement establishing that the items submitted or sealing are within this Order, as authorizing the seal.  The movant shall submit to the Clerk along with a motion under this section each item proposed for sealing.  Any CONFIDENTIAL INFORMATION submitted with such motion shall be submitted in a sealed envelope or other appropriate sealed container which shall be endorsed with the title of this action, an indication of the nature of the contents of

> such sealed envelope or other container, and a statement substantially in the following format:

(Doc. 64 p. 10-11).

Defendants' motion does not fully comply with the Protective Order. If Defendants elect to re-file their motion then, in an attempt to improve on the process established in the Protective Order (at least from the Court's perspective), Defendants should:

(1) Filed a redacted version of their motion.

(2) Seeks leave of Court to file the redacted information under seal.

(3) Provide the Court a list including the title and description of each item they wish to file under seal (the "Confidential Information").

(4) Make at least a prima facie showing that the Confidential Information contains information that is truly confidential, proprietary and/or a trade secret.

(5) Make at least a prima facie showing that there is no other means available to Defendants to bring their motion to exclude Plaintiff's "Counter-Defendant" expert reports and testimony relating thereto except by use of the Confidential Information.

DONE AND ORDERED in Orlando, Florida, on the 13th day of August, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all counsel